UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

PNC BANK, N.A.,

    Plaintiff,

v.                                        Case No:   6:13-cv-289-Orl-28TBS

PALM CASTLE HOLDINGS, INC. and
PARSRAM D. ETWAROO,

    Defendants.

## ORDER

Upon due consideration, Garnishee Bank of America, N.A.'s Corrected Answer to Writ of Garnishment Served October 6, 2014 and Demand for Attorney Fees (Doc. 50), is **GRANTED**.   Pursuant to Fla. Stat. § 77.28,[1] Plaintiff shall pay $100 to Bank of America, N.A., c/o Ana M. Jhones, Esq., Haley & Jhones, P.A., 9100 S. Dadeland Blvd., Suite 1500, PMB #150048, Miami, Florida 33156.

Bank of America's original demand for fees (Doc. 49) is **DENIED** as moot.

**DONE** and **ORDERED** in Orlando, Florida on October 16, 2014.

THOMAS B. SMITH
United States Magistrate Judge

Copies furnished to:

    Counsel of Record
    Unrepresented Parties

---

[1] Previously, this statute required payment of the $100 deposit to the Clerk prior to issuance of the writ.   However, an amendment to Fla. Stat. § 77.28 effective July 1, 2014 abolished the requirement of a deposit with the Clerk, instead requiring only that the garnishor pay the garnishee $100 upon demand.